**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable William B. Shubb
United States District Judge
Sacramento, California

                RE:   **David Anthony LAUNAY**
                      **Docket Number: 2:91CR00270-01**
                      **PERMISSION TO TRAVEL**
                      **OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to Singapore and Malaysia. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On December 11, 1991, Mr. Launay was sentenced for the offense of Bank Robbery.

**Sentence imposed:** 168 months custody Bureau of Prisons; 3-year term of Supervised Release; $50 special assessment

**Dates and Mode of Travel:** 01/24/2006 - 02/13/2006; United Airlines Flight #837 and Flight #890

**Purpose:** Attend formal Chinese wedding and subsequent ceremonies with his wife and her family.

**RE:**   **David Anthony LAUNAY**
          **Docket Number:   2:91CR00270-01**
          <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully Submitted,

/s/ Richard A. Ertola

**RICHARD A. ERTOLA**
**Supervising United States Probation Officer**

**DATED:**   December 20, 2005
             Roseville, California
             rae:cd

---

**ORDER OF THE COURT:**

Approved   _____X_____

Date:  December 22, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE