| PROB 22 | | DOCKET NUMBER *(Tran. Court)* | |
|---|---|---|---|
| **TRANSFER OF JURISDICTION** | 3:06-cr-00017 | 0972 2:91CR00270-01 | |
| | | **U.S. DISTRICT COURT** **DOCKET NUMBER DISTRICT OF NEVADA** **FILED** | |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION | JAN 2 5 2006 |
|---|---|---|---|
| David LAUNAY 1350 Grand Summit Drive, #194 Reno, Nevada 89503 | Eastern District of California | Northern CLERK, **U.S. DISTRICT COURT** | |
| | NAME OF SENTENCING JUDGE BY | | DEPUTY |
| | William B. Shubb, U.S. District Judge | | |
| | DATES OF SUPERVISED RELEASE: | FROM 10/06/2003 | TO 10/05/2006 |

**OFFENSE**   18 USC 2113(a) - Bank Robbery (CLASS C FELONY)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

### UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

1/6/2006
*Date*

*William B. Shubb*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

**IT IS HEREBY ORDERED** that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/24/06
*Effective Date*

*United States District Judge*

cc:   United States Attorney's Office
      FLU Unit-United States Attorney's Office
      Fiscal Clerk-Clerk's Office



**FILED**

FEB 0 2 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

Rev.08/2005
PROB22.MRG